| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Grandy, Laura K. | 2. Court or Organization<br><br>Bankruptcy Court - Southern Illinois | 3. Date of Report<br><br>04/28/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Melvin Price Federal Building and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/02/2010 | Mathis Marifian & Richter LTD See Note in Part VIII |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Mathis Marifian & Richter LTD | $28,125.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Association of Southern Illinois (BASIL) Professional Orgaanization | 04/30/2015 - 04/30/2015 | Fairview Heights, IL | Professional Organization Activity | Meals and Travel |
| 2. | American Bankruptcy Institute | 06/11/15 - 06/13/15 | Traverse City, MI | Professional Organization Activity | Meals, and Travel |
| 3. | NABT - National Association of Bankruptcy Trustees | 08/28/15 - 08/29/15 | Chicago, IL | Professional Organization | Travel |
| 4. | NCBJ - National Conference of Bankruptcy Judges | 09/26/15 - 09/30/15 | Miami, FL | Professional Organization | Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Springfield | Note Payable (Co-signer on Debt) | J |
| 2. | FCB - Swansea | Mortgage on building owned by MMRG Building LLC | N |
| 3. | First Bank | Mortgage - Mc Fessel Property | K |
| 4. | Bank of Springfield | Mortgage - Pineywood Property | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Varible Annuity | | | | | | | | | |
| 2. - International Equity Franklin Tpl | C | Dividend | K | T | | | | | |
| 3. - Small Cap Growth Wellington | B | Dividend | K | T | | | | | |
| 4. - Russell Non-US | B | Dividend | K | T | | | | | |
| 5. - Domestic Equity Delaware Mgmt | C | Dividend | K | T | | | | | |
| 6. - Focused Appreciation Janus | C | Dividend | K | T | | | | | |
| 7. - Equity Income T Rowe Price | B | Dividend | J | T | | | | | |
| 8. Northwestern Mutual 65 Life Insurance Policy | C | Dividend | L | T | | | | | |
| 9. Northwestern Mutual Variable CompLife Insurance Policy | B | Dividend | L | T | | | | | |
| 10. - Large Cap Blend Fiduciary Mgmt | A | Dividend | J | T | | | | | |
| 11. - Large Cap Core Stock Fayez Sarofim | A | Dividend | J | T | | | | | |
| 12. - Mid Cap Core Stock WM Blair Co | A | Dividend | J | T | | | | | |
| 13. - Small Cap Value T Rowe Price | A | Dividend | J | T | | | | | |
| 14. - International Equity Franklin Tmpl | A | Dividend | J | T | | | | | |
| 15. - International Growth Janus | A | Dividend | J | T | | | | | |
| 16. - Select Bond Wells Capital Mgmt | A | Dividend | J | T | | | | | |
| 17. - Russell Core Bond | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Long Term US Govt Bond Pimco | A | Dividend | K | T | | | | | |
| 19.  - High Yield Bond Federated INC | A | Dividend | J | T | | | | | |
| 20.  - Russell Global Real Estate | A | Dividend | J | T | | | | | |
| 21.  - Money Market Black Rock | A | Dividend | J | T | | | | | |
| 22.  Raymond James Morgan Keegan Trust U/A DTD 7/02/98 | | | | | | | | | |
| 23.  - Cash/Money Market Series 2 term | A | Int./Div. | K | T | | | | | |
| 24.  - Apple Inc (AAPL) | A | Dividend | J | T | Buy (add'l) | 02/24/15 | J | | |
| 25.  - First Eagle Global Fund A (SGENX) | C | Dividend | M | T | | | | | |
| 26.  - First Eagle US Value Fund A (FEVAX) | B | Dividend | L | T | | | | | |
| 27.  -Federated Kaufmann Large Cap C (KLCCX) | B | Dividend | L | T | | | | | |
| 28.  - Freeport McMorgan Copper and Gold Class B (FCX) | | Dividend | J | T | | | | | |
| 29.  - FT Capital Strength Ser 2 Cash | A | Interest | K | T | | | | | |
| 30.  - Ivy Core Equity Fund (WCEAX) | A | Dividend | K | T | | | | | |
| 31.  Raymond James Morgan Keegan | | | | | | | | | |
| 32.  - Apple Inc (AAPL) | B | Dividend | | | Sold | 03/25/15 | L | C | |
| 33.  - Federated Kaufmann Large Cap A (KLCAX) | B | Dividend | L | T | | | | | |
| 34.  - First Eagle Global Fund A (SGENX) | B | Dividend | | | Sold (part) | 03/25/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/06/15 | K | B | |
| 36. Furmanite Corporation (FRM) | A | Dividend | | | Sold | 03/02/15 | J | A | |
| 37. First Trust Technology Dividend Portfolio Series 5 | A | Dividend | K | T | Sold (part) | 03/25/15 | K | A | |
| 38. | | | | | Sold (part) | 03/23/15 | J | A | |
| 39. Fundamental Investors Fund Class A (ANCFX) | A | Dividend | L | T | | | | | |
| 40. Putnam Capital Spectrum Fund Class C (PVSCX) | A | Dividend | K | T | Buy (add'l) | 03/02/15 | J | | |
| 41. | | | | | Buy (add'l) | 11/06/15 | K | | |
| 42. Federated Strategic Value (SVAAX) | A | Dividend | J | T | Buy (add'l) | 11/06/15 | K | | |
| 43. Lord Abbett Growth (LGLCX) | A | Dividend | J | T | | | | | |
| 44. First Trust Europen Deep Value Ser 3 | A | Dividend | | | Sold | 11/06/15 | K | B | |
| 45. - American Funds Europacific (AEPFX) | A | Dividend | J | T | | | | | |
| 46. - AF American Mutual F2 (AMRFX) | A | Dividend | J | T | | | | | |
| 47. - Artisan International (ARTIX) | A | Dividend | J | T | | | | | |
| 48. - Champlain Mid Cap Fund (CIPMX) | A | Dividend | J | T | | | | | |
| 49. - JP Morgan US Large Cap Core Plus (JLPSX) | A | Dividend | J | T | | | | | |
| 50. - MFS Research Fund Class A (MFRFX) | A | Dividend | J | T | | | | | |
| 51. - Trowe Price Smallcap Value Adv (PASVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JP Morgan Core Bond Fund A (PGBOX) | A | Dividend | | | Sold | 11/19/15 | J | A | |
| 53. - Clearbridge Equity (SOPYX) | A | Dividend | J | T | Buy (add'l) | 02/23/15 | J | | |
| 54. Loomis Sayles Growth Fund (LSGRX) | A | Dividend | J | T | | | | | |
| 55. - Templeton Global Bond Fund (TGBAX) | A | Dividend | J | T | | | | | |
| 56. - Wells Fargo Advantage Int. (WFVIX) | A | Dividend | J | T | | | | | |
| 57. - AQR Diversified Arbitrage N (ADANX) | A | Dividend | | | Sold | 02/19/15 | J | A | |
| 58. - Neugerger Berman Income Bond (NHIAX) | A | Dividend | | | Sold | 02/23/15 | J | A | |
| 59. Virus Emerging Markets Oppt Fund (HIEMX) | A | Dividend | J | T | | | | | |
| 60. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 61. John Hancock Disciplined Value (JVMIX) | A | Dividend | J | T | | | | | |
| 62. First Trust ETF II Consumer Staples Alphadex (FXG) | A | Dividend | | | Buy | 01/06/15 | J | | |
| 63. | | | | | Sold (part) | 06/05/15 | J | A | |
| 64. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 65. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 66. | | | | | Sold | 11/06/15 | J | A | |
| 67. Metropolitan West Rtn Bond (MWTIX) | A | Dividend | J | T | Buy (add'l) | 02/23/15 | J | | |
| 68. Prudential Absolute (PADZX) | A | Dividend | J | T | Buy (add'l) | 02/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares TR Barclys (SHY) | A | Dividend | | | Buy (add'l) | 05/08/15 | J | | |
| 70. | | | | | Sold | 11/06/15 | J | A | |
| 71. First Trust S&P Reit Index Fund (FRI) | A | Dividend | J | T | | | | | |
| 72. Ishares 1 -10 Y TR BD (IEF) | A | Interest | | | Sold | 05/08/15 | J | A | |
| 73. First Trust S & P Reint Index Fund (FRI) | A | Interest | | | Sold (part) | 01/26/15 | J | A | |
| 74. | | | | | Sold | 11/06/15 | J | A | |
| 75. First Trust ETF II (FXD) | A | Dividend | | | Buy | 06/05/15 | J | | |
| 76. | | | | | Sold (part) | 07/07/15 | J | A | |
| 77. | | | | | Buy (add'l) | 08/06/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 79. | | | | | Sold | 11/06/15 | J | A | |
| 80. First Trust Exchange Japan (FJP) | A | Dividend | | | Buy | 03/31/15 | J | | |
| 81. | | | | | Sold | 08/11/15 | J | A | |
| 82. Ishares TR MSCI Denmark (EDEN) | A | Dividend | | | Sold | 08/11/15 | J | A | |
| 83. | | | | | Buy | 06/18/15 | J | | |
| 84. First Trust ETF II Technology (FXL) | A | Dividend | | | Sold | 01/08/15 | J | | |
| 85. | | | | | Buy | 04/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/06/15 | J | A | |
| 87. Ishares MSCI ISR CAP ETF (EIS) | A | Dividend | | | Sold | 06/26/15 | J | A | |
| 88. Ishares MSCI India (INDA) | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 89. First Trust Large Cap Opprt (FTC) | A | Dividend | | | Sold (part) | 03/06/15 | J | A | |
| 90. | | | | | Buy | 04/10/15 | J | | |
| 91. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 92. | | | | | Sold | 11/06/15 | J | A | |
| 93. First Trust Taiwan (FTW) | A | Dividend | | | Sold | 03/20/15 | J | A | |
| 94. First Trust Hong Kong (FHK) | A | Dividend | | | Buy (add'l) | 03/31/15 | J | | |
| 95. | | | | | Sold | 08/11/15 | J | A | |
| 96. First Trust Alpha (FCAN) | A | Dividend | | | Sold | 01/22/15 | J | A | |
| 97. Ishares TR MSCI Phillips (EPHE) | A | Dividend | | | Sold | 08/11/15 | J | A | |
| 98. Ishares TR MSCI Indonia (EIDO) | A | Dividend | | | Sold | 03/20/15 | J | A | |
| 99. First Trust Utilities (FXU) | A | Dividend | | | Sold | 04/07/15 | J | A | |
| 100. Ishares MSCI STH AFR (EZA) | A | Dividend | | | Sold | 01/22/15 | J | A | |
| 101. First Trust Health (FXH) | A | Dividend | | | Buy (add'l) | 09/09/15 | J | | |
| 102. | | | | | Sold | 11/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ishares MSCI THI Cap ETF (THD) | A | Dividend | | | Buy | 01/22/15 | J | | |
| 104. | | | | | Sold | 06/18/15 | J | A | |
| 105. Ishares MSCI Turkey ETF (TUR) | A | Dividend | | | Buy | 01/22/15 | J | | |
| 106. | | | | | Sold | 04/21/15 | J | A | |
| 107. Federated institutional high yield (FIHBX) | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 108. Ishares TR China ETF (MCHI) | A | Dividend | | | Buy | 03/02/15 | J | | |
| 109. | | | | | Sold | 08/11/15 | J | A | |
| 110. First TR Value Line DIVID INDX SHS (FVD) | A | Dividend | | | Buy | 03/06/15 | J | | |
| 111. | | | | | Sold | 04/10/15 | J | A | |
| 112. First Trust Cyclical Strength Series 8 Term | A | Dividend | | | Buy | 03/25/15 | K | | |
| 113. | | | | | Sold | 08/17/15 | K | A | |
| 114. First Trust Dorsey Wright Rel Strength Top 50 Series 17 Term | A | Dividend | K | T | Buy | 03/25/15 | K | | |
| 115. Pioneer Fundamental Growth (PIGFX) | A | Dividend | L | T | Buy | 03/25/15 | L | | |
| 116. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 117. Ishares MSCI Taiwwan EFT (EWT) | A | Dividend | | | Buy | 04/02/15 | J | | |
| 118. | | | | | Sold | 06/26/15 | J | A | |
| 119. First Trust ETF VII First Trust Global Tactical Commodity (FTGC) | A | Dividend | | | Buy | 05/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/10/15 | J | A | |
| 121. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 122. | | | | | Sold | 11/02/15 | J | A | |
| 123. Ishares Belguim CAPD ETF (EWK) | A | Dividend | | | Buy | 06/18/15 | J | | |
| 124. | | | | | Sold | 06/26/15 | J | A | |
| 125. First Trust Cyclical Strength Portfolio Series 10 Term | A | Dividend | J | T | Buy | 08/17/15 | K | | |
| 126. Baird Aggregate Bond Fund Instl Class (BAGIX) | A | Dividend | J | T | Buy | 11/19/15 | J | | |
| 127. First Trust Cyclical Strengh Portfolio Series 2 Term | A | Dividend | J | T | | | | | |
| 128. Thornburg Core Growth Fund Class C (TCGCX) | A | Dividend | J | T | Buy | 11/06/15 | K | | |
| 129. First TR Exchange Traded FD VI Dorsey Wright Focus (FV) | A | Dividend | J | T | Buy | 11/06/15 | K | | |
| 130. First Trust Biotechnology Series 30 Term | A | Dividend | J | T | Buy | 11/06/15 | K | | |
| 131. Clearbriddge Aggressive Growth Fund (SAGCX) | A | Dividend | J | T | Buy | 11/06/15 | K | | |
| 132. Raymond James Morgan Keegan | | | | | | | | | |
| 133. - Cash/Money Market | A | Interest | J | T | | | | | |
| 134. - Blackrock Global A (MDLOX) | A | Dividend | J | T | | | | | |
| 135. - Blackrock Global B (MBLOX) | A | Dividend | K | T | | | | | |
| 136. -Loomis Sayles Income Fund Cl A (NEFZX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Lord Abbett Bond (LBNDX) | A | Dividend | J | T | | | | | |
| 138.  Pineywoods, Swansea, Illinois (2001 $226,000) | | None | M | R | | | | | See Note in Part VIII |
| 139.  McFessel Drive, Fairview Heights, IL (2005, $55,000) | | None | L | R | | | | | See Note in Part VIII |
| 140.  MMRG Bldg , Belleville, Illinois (2003, $370,000) | E | Rent | N | R | | | | | |
| 141.  Merrill Lynch | | | | | | | | | |
| 142.  - Cash/Money Market | A | Interest | J | T | | | | | |
| 143.  - FIA Card Services Money Market Account | A | Interest | K | T | | | | | |
| 144.  Abbvie Inc Shs (ABBV) | A | Dividend | | | Sold | 01/20/15 | K | B | |
| 145.  Automatic Data Proc (ADP) | A | Dividend | | | Sold | 08/06/15 | J | A | |
| 146.  - Comcast Corp New CL A (CMCSA) | A | Dividend | J | T | Buy (add'l) | 04/15/15 | J | | |
| 147.  Danaher Corp DEL COM (DHR) | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 148.  Disney (Walt) Co Com Stk (DIS) | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 149. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 150.  Enterprise Prdts LP (EPD) | A | Dividend | | | Sold | 02/19/15 | J | A | |
| 151.  - Energy Transfer Ptrns LP (ETP) | B | Dividend | | | Buy (add'l) | 05/21/15 | J | | |
| 152. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 153. | | | | | Sold (part) | 12/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 12/23/15 | J | A | |
| 155. Franklin Incom Fd Adv (FRIAX) | A | Dividend | J | T | | | | | |
| 156. Greenbrier Cos Inc (GBX) | A | Dividend | | | Sold | 03/13/15 | J | A | |
| 157. Honeywell Intl Inc Del (HON) | A | Dividend | J | T | | | | | |
| 158. Ishares Intl Select (IDV) | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 159. Illumina Inc Com (ILMN) | A | Dividend | | | Buy (add'l) | 07/14/15 | K | | |
| 160. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 161. | | | | | Sold | 08/25/15 | K | B | |
| 162. Kansas City Southern (KSU) | A | Dividend | | | Sold | 03/06/15 | K | B | |
| 163. Kinder Morgan (KMI) | A | Dividend | | | Buy (add'l) | 02/02/15 | J | | |
| 164. | | | | | Sold | 07/28/15 | J | A | |
| 165. -Kraft Foods Inc VA CL A (KRFT) | A | Dividend | | | Sold | 02/19/15 | J | A | |
| 166. Loomis Sayles Growth (LSGRX) | A | Dividend | J | T | | | | | |
| 167. - Mondelez International Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 168. NXP Semiconductors NV (NXPI) | A | Dividend | | | Sold (part) | 01/12/15 | J | | |
| 169. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 170. | | | | | Buy (add'l) | 07/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/25/15 | K | B | |
| 172. Pacira Pharmaceuticals (PCRX) | A | Dividend | | | Sold | 03/06/15 | J | A | |
| 173. Putnam Capital (PVSYK) | A | Dividend | J | T | | | | | |
| 174. - Putnam Diversified (PDVYX) | A | Dividend | J | T | | | | | |
| 175. Powershares DWA Consumer (PSL) | A | Dividend | | | Sold | 10/02/15 | J | A | |
| 176. Roberthalf Intl Inc Com (RHI) | A | Dividend | | | Sold | 06/01/15 | J | A | |
| 177. Splunk Inc (SPLK) | A | Dividend | J | T | Sold (part) | 09/28/15 | J | A | |
| 178. Starwood Ppty TR (STWD) | A | Dividend | J | T | Buy (add'l) | 12/28/15 | J | | |
| 179. Suncor Energy Inc New (SU) | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 180. Skyworks Solutions (SWKS) | A | Dividend | J | T | Sold (part) | 10/09/15 | J | A | |
| 181. Time Warner (TWX) | A | Dividend | J | T | Buy (add'l) | 07/16/15 | J | | |
| 182. Under Armour Inc (UA) | A | Dividend | J | T | Sold (part) | 09/28/15 | J | A | |
| 183. Whitewave Foods Co (WWAV) | A | Dividend | | | Sold | 11/12/15 | J | B | |
| 184. -Kinder Morgan Energy Partners LP | B | Int./Div. | J | T | | | | | See Note in Part VIII |
| 185. -Energy Transfer PTNRS LP | B | Int./Div. | K | T | Buy (add'l) | 02/17/15 | J | | See Note in Part VIII |
| 186. ILLUMINA INC (ILMN) | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 187. | | | | | Buy (add'l) | 05/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Bank of America - Merrill Lynch Wealth Management | | | | | | | | | |
| 189. - Money Manager Checking Sweep Acct | A | Interest | J | T | | | | | |
| 190. - AXA Equitable Life INS CO Accumulator 2004 | B | Int./Div. | M | T | | | | | |
| 191. - Apple Inc (AAPL) | A | Dividend | K | T | Buy (add'l) | 01/13/15 | J | | |
| 192. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 193. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 194. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 195. | | | | | Sold (part) | 08/20/15 | L | C | |
| 196. | | | | | Sold (part) | 10/27/15 | J | A | |
| 197. | | | | | Buy | 11/04/15 | J | | |
| 198. | | | | | Sold (part) | 12/17/15 | J | A | |
| 199. Alibaba Group Holdings (BABA) | A | Dividend | | | Sold | 01/20/15 | J | | |
| 200. Celgene Corp Com (CELG) | A | Dividend | | | Sold | 04/15/15 | J | A | |
| 201. Centurylink INC Shs (CTL) | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 202. | | | | | Buy | 08/25/15 | J | | |
| 203. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 204. | | | | | Buy (add'l) | 10/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 12/17/15 | J | A | |
| 206. Davita Healthcare Partners (DVA) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 207. | | | | | Sold | 03/05/15 | J | A | |
| 208. Google Inc SHS C (GOOG) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 209. Hewlett Packard (HPQ) | A | Dividend | | | Sold (part) | 01/12/15 | J | A | |
| 210. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 211. | | | | | Sold | 03/20/15 | J | A | |
| 212. Mastercard (MA) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 213. Merck and Co INC (MRK) | A | Dividend | | | Buy (add'l) | 03/05/15 | J | | |
| 214. | | | | | Sold | 10/05/15 | J | A | |
| 215. Metlife (MET) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 216. | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 217. Nextera Energy INC (NEE) | A | Dividend | | | Sold | 01/20/15 | J | | |
| 218. Nike INC (NKE) | A | Dividend | | | Sold (part) | 08/20/15 | J | A | |
| 219. | | | | | Sold | 10/02/15 | J | A | |
| 220. Nucor Coporation (NUE) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 221. NXP Semiconductors (NXPI) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Visa Inc Cl A (V) | A | Dividend | | | Sold | 10/02/15 | J | B | |
| 223. First TR Small Cap (FYX) | A | Dividend | | | Sold | 01/20/15 | J | | |
| 224. First TR MID Cap (FNX) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 225. First TR Large Cap (FEX) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 226. First TR ISE CLOUD (SKYY) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 227. | | | | | Sold | 04/15/15 | J | A | |
| 228. Ishares Nasdaq Biotech (IBB) | A | Dividend | | | Sold | 08/25/15 | J | A | |
| 229. Ishares S&P Short Term (SUB) | A | Dividend | | | Sold | 01/12/15 | J | | |
| 230. Ishares S&P National (MUB) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 231. | | | | | Sold (part) | 03/05/15 | K | B | |
| 232. | | | | | Sold (part) | 03/20/15 | K | A | |
| 233. | | | | | Sold | 06/09/15 | K | B | |
| 234. | | | | | Buy | 08/20/15 | K | | |
| 235. | | | | | Sold | 10/27/15 | J | A | |
| 236. Ishares MCSI Frontier (FM) | A | Dividend | J | T | | | | | |
| 237. Vanguard Information (VGT) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 238. | | | | | Buy (add'l) | 03/05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 04/15/15 | J | A | |
| 240. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 241. | | | | | Sold (part) | 06/24/15 | K | B | |
| 242. | | | | | Sold | 08/25/15 | J | A | |
| 243. | | | | | Buy | 11/04/15 | J | | |
| 244. | | | | | Sold | 12/31/15 | J | A | |
| 245. Vanguard Industrial (VIS) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 246. | | | | | Sold (part) | 04/15/15 | J | A | |
| 247. | | | | | Sold | 07/22/15 | J | A | |
| 248. Vanguard Energy ETF (VDE) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 249. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 250. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 251. | | | | | Sold (part) | 04/15/15 | J | A | |
| 252. | | | | | Sold | 07/14/15 | J | A | |
| 253. Consumer Discretionary (XLY) | A | Dividend | | | Buy | 01/13/15 | J | | |
| 254. | | | | | Sold | 08/25/15 | J | B | |
| 255. First TR Exchange Traded FD Dow Jones IN (FDN) | A | Dividend | J | T | Buy | 01/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Healthcare Select (XLV) | A | Dividend | | | Buy | 01/13/15 | J | | |
| 257. | | | | | Buy (add'l) | 06/09/15 | K | | |
| 258. | | | | | Sold (part) | 06/24/15 | K | B | |
| 259. | | | | | Sold | 07/22/15 | J | A | |
| 260. Sector SPDR Financial (XLF) | A | Dividend | | | Buy | 01/13/15 | K | | |
| 261. | | | | | Sold (part) | 03/20/15 | J | A | |
| 262. | | | | | Sold (part) | 04/15/15 | J | A | |
| 263. | | | | | Sold | 08/25/15 | J | A | |
| 264. SPDR Barclays Long Term (TLO) | A | Dividend | | | Buy | 01/22/15 | J | | |
| 265. | | | | | Sold | 03/05/15 | J | A | |
| 266. Vanguard Consumer (VDC) | A | Dividend | | | Buy | 01/13/15 | J | | |
| 267. | | | | | Sold (part) | 04/15/15 | J | A | |
| 268. | | | | | Sold | 08/25/15 | J | A | |
| 269. Vanguard Materials ETF (VAW) | A | Dividend | | | Buy | 01/13/15 | J | | |
| 270. | | | | | Sold | 07/22/15 | J | A | |
| 271. | | | | | Buy | 10/07/15 | J | | |
| 272. | | | | | Sold | 12/24/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Wisdomtree Europe Hedged (HEDJ) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 274. | | | | | Buy (add'l) | 04/15/15 | K | | |
| 275. | | | | | Sold (part) | 06/09/15 | K | B | |
| 276. | | | | | Sold | 08/0/15 | J | A | |
| 277. Guggenheim S&P Global WA (CGW) | A | Dividend | | | Buy | 04/15/15 | K | | |
| 278. | | | | | Sold | 06/09/15 | L | C | |
| 279. Ishares RS 2000 Growth (IWO) | A | Dividend | | | Buy | 04/15/15 | J | | |
| 280. | | | | | Sold | 06/09/15 | J | A | |
| 281. Wisdomtree Trust Japan (DXJ) | A | Dividend | | | Buy | 04/22/15 | J | | |
| 282. | | | | | Sold | 08/20/15 | J | B | |
| 283. Pimco Enhanced Short (MINT) | A | Dividend | | | Buy | 06/09/15 | K | | |
| 284. | | | | | Buy (add'l) | 06/11/15 | K | | |
| 285. | | | | | Sold | 08/25/15 | K | B | |
| 286. Netflix Com Inc (NFLX) | A | Dividend | | | Buy | 06/24/15 | K | | |
| 287. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 288. | | | | | Sold (part) | 08/20/15 | J | A | |
| 289. | | | | | Sold | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Fireeye Inc (FEYE) | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 291. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 292. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 293. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 294. Amazon Com Inc (AMZN) | A | Dividend | J | T | Buy | 08/20/15 | J | | |
| 295. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 296. Wal Mart Stores Inc (WMT) | A | Dividend | | | Buy | 08/25/15 | J | | |
| 297. | | | | | Sold | 10/21/15 | J | A | |
| 298. Alphabet Inc SHS CL A (Googl) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 299. Conocophillips (COP) | B | Dividend | J | T | Buy | 10/07/15 | J | | |
| 300. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 301. Eli Lilly Co (LLY) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 302. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 303. Hershey Company (HSY) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 304. Johnson and Johnson Co (JNJ) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 305. McDonalds Corp (MCD) | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 306. | | | | | Buy (add'l) | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 308. Pepsico Inc (PEP) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 309. Reynolds American Inc (RAI) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 310. Proshares Credit Suisse (CSM) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 311. SPDR Gold Trust (GLD) | A | Dividend | | | Buy | 10/22/15 | J | | |
| 312. | | | | | Sold | 12/17/15 | J | A | |
| 313. SPDR S P Biotech (XBI) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 314. SPDR S P Transportation (XTN) | A | Dividend | | | Buy | 10/22/15 | J | | |
| 315. | | | | | Sold | 12/24/15 | J | A | |
| 316. SPDR S P Aerospace (XAR) | A | Dividend | | | Buy | 10/22/15 | J | | |
| 317. | | | | | Sold | 12/24/15 | J | A | |
| 318. Vanguard Tax Exempt Bond (VTEB) | A | Dividend | J | T | Buy | 10/26/15 | J | | |
| 319. Delta Air Lines Inc (DAL) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 320. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 321. JPMorgan Chase Co (JPM) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 322. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 323. Constellation Brands Inc (STZ) | A | Dividend | J | T | Buy | 01/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 325. Blackrock Inc (BLK) | A | Dividend | | | Buy | 03/12/15 | J | | |
| 326. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 327. | | | | | Sold | 06/11/15 | J | A | |
| 328. Envision Healthcare Hldg (EVHC) | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 329. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 330. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 331. Disney (Walt) Co COM (DIS) | A | Dividend | J | T | Buy (add'l) | 10/07/15 | J | | |
| 332. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 333. FIREEYE INC (FEYE) | A | Dividend | J | T | Buy | 03/04/15 | J | | |
| 334. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 335. Hennessy Cornerstone MID (HIMDX) | A | Dividend | J | T | Buy | 04/07/15 | J | | |
| 336. Communications Sales and Leasing (CSAL) | A | Dividend | | | Buy | 04/29/15 | J | | |
| 337. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 338. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 339. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 340. | | | | | Sold | 12/28/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grandy, Laura K. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Putnam Short Duration (PSDYX) | A | Dividend | | | Buy | 06/09/15 | J | | |
| 342. | | | | | Sold | 07/16/15 | J | A | |
| 343. Disney (Walt) Co COM (DIS) | A | Dividend | J | T | Buy (add'l) | 10/07/15 | J | | |
| 344. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 345. Centene Corp (CNC) | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 346. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 347. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 348. Mondelez International (MDLZ) | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 349. Goldman Sachs Income (GSBIX) | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 350. Powershares DWA Consumer (PSL) | A | Dividend | J | T | Buy | 08/15/15 | J | | |
| 351. Incyte Corporation (INCY) | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 352. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 353. Verizon Communication Com (VZ) | A | Dividend | J | T | Buy | 10/28/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:

Line 1 - Payments for percentage of collections of fees for work performed and generated by Judge, prior to departure.

Part VII:

Line 138 - Residential Real Property which is currently occuppied by mother. No income received. Value of property was increased since the part owner of property was brought out.

Line 139 - Residential Real Property. No income was received during 2015 due to property being flooded.

Line 184/85 - Publicly Traded Partnership that generates interest and dividends.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura K. Grandy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544